UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRING TV, sh.a,

    Plaintiff,

v.                                Case No. 11-13832

FTA MARKET, INC. and BENJAMIN DRESHAJ,

    Defendants.
                               /

**ORDER OF VOLUNTARY DISMISSAL**

      Plaintiff initiated this action on September 1, 2011, and Defendants have yet to answer the complaint or file any motions.  On December 23, 2011, Plaintiff filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action "without a court order" by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Although Plaintiff's notice effectively dismissed this matter, the court here confirms that dismissal for the sake of docket clarity.  Accordingly,

      IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Rule 41(a)(1)(B).

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  December 28, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 28, 2011, by electronic and/or ordinary mail.

                                           s/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522