**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRING TV, sh.a,

    Plaintiff,

v.                                                      Case No. 11-13832

FTA MARKET, INC. and BENJAMIN DRESHAJ,

    Defendants.
_____/

**ORDER OF VOLUNTARY DISMISSAL**

    Plaintiff initiated this action on September 1, 2011, and Defendants have yet to answer the complaint or file any motions. On December 23, 2011, Plaintiff filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action "without a court order" by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Although Plaintiff's notice effectively dismissed this matter, the court here confirms that dismissal for the sake of docket clarity. Accordingly,

    IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Rule 41(a)(1)(B).

                                                   s/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: December 28, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 28, 2011, by electronic and/or ordinary mail.

 s/Lisa Wagner<br>
Case Manager and Deputy Clerk<br>
(313) 234-5522